Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: Norina_rohlfinglaw@hotmail.com

Attorneys for Plaintiff EMMETT HODGE by and through his guardian ad litem Marlo Ryan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT HODGE by and through his guardian ad litem Marlo Ryan,<br><br>　　　　　Plaintiff,<br><br>v.<br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: ED CV F 04-6007 LJO<br><br>STIPULATION TO EXTEND TIME; and ORDER |

　　　　The parties, through their respective counsel, stipulate that the time for filing plaintiff's opening brief be extended 30 days from April 18, 2005 to May 15, 2005.

　　　　This request is made at the request of plaintiff's counsel to allow her to fully reach and brief the issues presented.

IT IS SO STIPULATED.

DATE:  April 20, 2005          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING


                     BY:  _____/s/_____
                          Denise Bourgeois Haley
                          Attorney for plaintiff EMMETT HODGE
                          by and through his guardian ad litem Marlo Ryan

                          McGREGOR W. SCOTT
                          Chief, Civil Division

DATE:


                     BY:  _____/s/_____
                          Kristi Kapetan
                          Assistant United States Attorney
                          Attorneys for defendant
                          JO ANNE B. BARNHART
                          Commissioner of the Social Security Administration


IT IS SO ORDERED.

**Dated:   April 25, 2005**                    **      /s/ Lawrence J. O'Neill        **
b9ed48                                         UNITED STATES MAGISTRATE JUDGE