Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: Norina_rohlfinglaw@hotmail.com

Attorneys for Plaintiff EMMETT HODGE by and through his guardian ad litem Marlo Ryan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT HODGE by and through his guardian ad litem Marlo Ryan,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: ED CV F 04-6007 LJO<br><br>SECOND STIPULATION TO EXTEND TIME; and ORDER |

The parties, through their respective counsel, stipulate that the time for filing plaintiff's opening brief be extended 30 days from May 15, 2005 to June 14, 2005.

This request is made at the request of plaintiff's counsel to allow her to fully reach and brief the issues presented.

IT IS SO STIPULATED.

DATE:  May 24, 2005			Respectfully submitted,

					LAW OFFICES OF LAWRENCE D. ROHLFING


					BY:  ____/s/_____
					Denise Bourgeois Haley
					Attorney for plaintiff EMMETT HODGE
					by and through his guardian ad litem Marlo Ryan

					McGREGOR W. SCOTT
					Chief, Civil Division

DATE:

					BY:  /s/ authorized 5/24/05
					Kristi Kapetan
					Assistant United States Attorney
					Attorneys for defendant
					JO ANNE B. BARNHART
					Commissioner of the Social Security
					Administration


					**ORDER**

IT IS SO ORDERED.


**Dated:   May 26, 2005**			          **/s/ Lawrence J. O'Neill**

b9ed48					UNITED STATES MAGISTRATE JUDGE