```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10  EMMETT D. HODGE,              )   1:04-cv-6007 LJO
                                  )
11              Plaintiff,        )   STIPULATION AND
                                  )   ORDER TO EXTEND
12         v.                     )   TIME
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15              Defendant.        )
    _____)
16
         The parties, through their respective counsel, stipulate that
17
    the time for filing defendant's opposition to plaintiff's opening
18
    brief be extended from July 19, 2005 to August 23, 2005.
19
    //
20
    //
21
    //
22
    //
23
    //
24
    //
25
    //
26
    //
27
28
```

This is defendant's first request for an extension of time to file defendant's opposition to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: July 14, 2005         /s/ Denise Bourgeois Haley
                                   (As authorized via facsimile)
                                   DENISE BOURGEOIS HALEY
                                   Attorney for Plaintiff

Dated: July 14, 2005         McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Kristi C. Kapetan
                                   KRISTI C. KAPETAN
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 14, 2005**               **/s/ Lawrence J. O'Neill**
b9ed48                                     UNITED STATES MAGISTRATE JUDGE