1

2

3

4

5

6                     **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    EMMETT HODGE, by and through                    CASE NO. CV-F-04-6007 LJO
     this guardian ad litem,
10   MARLO RYAN,                                      **REQUEST FOR FURTHER BRIEFING**

11                     Plaintiff,
              vs.
12
     JO ANNE BARNART,
13   Commissioner of Social Security,

14                     Defendants.
     _____/
15

16          Plaintiff Emmett Hodge, by and through his guardian ad litem, Marlo Ryan ("claimant") seeks

17   judicial review of an administrative decision denying his claim for disability benefits under the Social

18   Security Act ("Act").  Pending before the Court is claimant's appeal from the administrative decision

19   of the Commissioner of Social Security ("Commissioner").

20          Claimant's opening brief appears to argue a lack of Due Process by the ALJ on the issue of the

21   post-hearing interrogatories provided by the ALJ to consultative psychologist Allan Hedberg, Ph.D., and

22   Dr. Hedberg's responses thereon.  The Court requires briefing on the possible lack of Due Process.  The

23   Commissioner should provide supplemental briefing within 30 days of the date of service of this order.

24   Claimant may then respond within 15 days of the service of the Commissioner's supplemental briefing.

25   IT IS SO ORDERED.

26   **Dated:    November 10, 2005**          _____/s/ Lawrence J. O'Neill_____
     b9ed48                                   UNITED STATES MAGISTRATE JUDGE
27

28

                                                    1